CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 0 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Moody
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NANCY C. CREECH, | ) |
| Plaintiff, | ) Civil Action No. 7:06CV00279 |
| | ) **JUDGMENT** |
| v. | ) |
| | ) By: Hon. Glen E. Conrad |
| UNITED STATES OF AMERICA, | ) United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff have and recover judgment against the United States of America in the amount of $151,120.00.

The Clerk is directed to strike the case from the active docket of the court and send certified copies of this judgment and the accompanying memorandum opinion to all counsel of record.

ENTER: This 10th day of July, 2007.

/s/ Glen E. Conrad
_____
United States District Judge